Case 4:22-cv-00953 Document 8 Filed on 06/08/22 in TXSD Page 1 of 1
Case 4:22-cv-00953 Document 7-1 Filed on 06/03/22 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 08, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| BISHOP ISHMAEL SAM, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CASE NO. 422-CV-00953 |
| | § |
| JERRY TACHIE-MENSON, | § |
| | § |
| *Defendant.* | § |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time to Respond to Proposed Scheduling Order, Joint discovery/Case Management Plan and Certificate of Interested Parties.

After reviewing the Motion and for the reason explained in the Motion, the Court GRANTS the Unopposed Motion for Extension of Time ~~until further notice.~~ for forty-five (45) days.

_____
Judge Alfred H. Bennett

Dated: June JUN 0 8 2022, 2022